# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2014

## NO.  03-13-00566-CR

**Michael Bailey, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT OF LAMPASAS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order rendered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.